IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40398
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAFAEL FUENTES-CAMPOS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-596-1
--------------------

December 14, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Rafael Fuentes-Campos has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967).  Fuentes has not filed a response.  Our independent review of the brief and the record discloses no nonfrivolous issue.  Accordingly, the motion to withdraw is granted, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.